# IN THE SUPREME COURT OF THE STATE OF NEVADA

ESTEBAN HERNANDEZ,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE JOSEPH T.
BONAVENTURE; AND THE
HONORABLE J. CHARLES
THOMPSON,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 70972

FILED

SEP 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus or, in the alternative, prohibition. Petitioner challenges a 1999 order of the district court sealing a part of petitioner's record and a 2015 order purportedly declining to unseal the record. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.320; *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228-29, 88 P.3d 840, 844 (2004) (explaining that petitioners bear burden to demonstrate that writ relief is warranted). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-28829

cc: Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Hon. Joseph T. Bonaventure, Senior Judge
Esteban Hernandez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk